FILED

05/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0071

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0071

PATRICK O. NEISS,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time,

and good cause appearing therefor, Appellee is granted an extension of time to

and including June 22, 2021, within which to prepare, serve, and file the

State's response.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 24 2021